# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D22-1275

—————————————————

TAIRRAH MCGRIFF,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

—————————————————

On appeal from the Circuit Court for Duval County.
Jeb T. Branham, Judge.

September 28, 2022

PER CURIAM.

   AFFIRMED.

KELSEY, JAY, and M.K. THOMAS, JJ., concur.

—————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

—————————————————

Tairrah McGriff, pro se, Appellant.

Ashley Moody, Attorney General, and Holly N. Simcox, Assistant Attorney General, Tallahassee, for Appellee.